**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25868-GAYLES**

**THE GALLEON GUILD LTD,**

**Plaintiff**,

**v.**

**THE PARTNERSHIPS,**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

**Defendants**.
_____________________________________/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Default Judgment ("Motion"). [ECF No. 16]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On August 27, 2026, Plaintiff filed this action against Defendants, alleging claims for trademark infringement and false designation of origin. [ECF No. 1].

2. On September 9, 2026, pursuant to the Court's Order Authorizing Alternate Service of Process on Defendants, [ECF No. 9], Plaintiff served Defendants via e-mail, [ECF No. 13]. Defendants failed to timely answer or otherwise respond to the Complaint.

3. On October 6, 2026, on Plaintiff's motion, [ECF No.14], the Clerk entered a default against Defendants. [ECF No. 15].

4. On October 13, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendants. [ECF No. 16].

5. As a result of Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark infringement and a false designation of origin.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 16], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**